UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO,

                Plaintiff,

-against-

PDX NATURALS LLC,

                Defendant.

Case No. 1:25-cv-02842 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    On July 7, 2025, the Court directed Plaintiff to show cause whether Defendant had been served within the 90 days prescribed by Federal Rule of Civil Procedure 4(m), since the docket did not reflect that the Complaint had ever been served on Defendant. Dkt. 7. On July 7, 2025, Plaintiff filed an affidavit of service of the Summons and Complaint on Defendant, showing that Defendant was served on July 19, 2025, within the 90-day deadline. Dkt. 8. Accordingly, the Court finds that Plaintiff has satisfied the Order to Show Cause.

Dated: July 8, 2025
       New York, New York

                              SO ORDERED

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge